PAULETTE, APPELLANT, *v.*
METROPOLITAN PROPERTY AND LIABILITY INSURANCE COMPANY, APPELLEE.

[Cite as Paulette *v.* Metro. Property & Liability Ins. Co. (1990),
52 Ohio St. 3d 82.]

(No. 89-977—Submitted May 15, 1990—Decided June 27, 1990.)

*Michael O. Kenney* and *Frank W. Cubbon, Jr. & Assoc. Co., L.P.A.,* for appellant.

*Cooper, Straub, Walinski & Cramer* and *Alan B. Dills,* for appellee.

Subsequent to the decision by the court of appeals in this case, we issued our decision in *McDonald* v. *Republic-Franklin Ins. Co.* (1989), 45 Ohio St. 3d 27, 543 N.E. 2d 456. Based on authority of *McDonald,* we reverse the judgment of the court of appeals and remand this cause to the trial court for the making of factual findings and the application of *McDonald* to those findings and for further proceedings.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.